1

2

3

4                      UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON
5                                AT SEATTLE

6   KATHERINE FREIRE,

7                          Plaintiff(s),

8           v.                                        NO. C10-708MJP

9   DEX MEDIA WEST, L.L.C.                            MINUTE ORDER

10                         Defendant(s).

11

12

13          The following minute order is made by the direction of the court, the Honorable Marsha J.

14   Pechman:

15          The Court has received and reviewed the parties' Stipulated Protective Order.  Dkt. No. 19.

16   The Court notes that the proposed order makes no provision for the sealing of documents which are

17   designated as "Confidential" and filed with the Court.  The parties are referred to CR 5(g) of the

18   Local Rules and ordered to incorporate that procedure into their proposed protective order, then re-

19   submit the order.

20          Filed this 28th day of June, 2010.

21                                                    BRUCE RIFKIN, Clerk

22

23                                                    By      /s Mary Duett
                                                             Deputy Clerk
24

25

26   MINUTE ORDER