UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KATHERINE FREIRE,

          Plaintiff(s),

  v.

DEX MEDIA WEST LLC,

          Defendant(s).

NO. C10-708MJP

MINUTE ORDER

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman:

The Court has received and reviewed the parties' Stipulated Protective Order (Dkt. No. 21), filed on June 29, 2010. The Court is unable to sign off on the proposed order for the following reason:

Although the parties clearly heard the Court's request to incorporate the procedure for sealing confidential documents filed with their pleadings, their proposed procedure is not in accord with Local Rule 5(g), which contemplates that the party filing the "Confidential" document will also file the motion to seal. If the filing party does not believe the document should be sealed, that party may so indicate and the non-filing party may file a response with arguments to the contrary. Similarly, if the non-filing party opposes a filing party's request to seal, that party may file a response.

MINUTE ORDER

In any event, the protective order must adopt the CR 5(g) procedure for filing sealed documents. The parties may resubmit their proposed order with the appropriate revisions.

Filed this 1st day of July, 2010.

BRUCE RIFKIN, Clerk

By   /s Mary Duett
Deputy Clerk

MINUTE ORDER