UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KATHERINE FREIRE,<br><br>            Plaintiff,<br><br>   v.<br><br>DEX MEDIA WEST LLC,<br><br>            Defendant. | CASE NO. C10-708MJP<br><br>ORDER ON MOTION TO EXTEND DISCOVERY DEADLINE AND TRIAL DATE |

      The Court, having received and reviewed the Agreed Motion to Extend Discovery Deadline and Trial Date (Dkt. No. 27), makes the following findings:

      The requirement of additional time "to give the parties an opportunity to explore settlement and voluntarily resolve this matter" does not constitute good cause for an extension of pretrial deadlines or a continuance of the trial date.

      Therefore, IT IS ORDERED that the request to revise the existing case schedule is DENIED.

1   The clerk is ordered to provide copies of this order to all counsel.

2   Dated this _13th_ day of December, 2010.

3

4

5   _____
    Marsha J. Pechman
6   United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER ON MOTION TO EXTEND DISCOVERY
DEADLINE AND TRIAL DATE- 2