UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KATHERINE FREIRE, | CASE NO. 2:10-CV-00708-MJP |
| Plaintiff, | MINUTE ORDER |
| v. | |
| DEX MEDIA WEST LLC, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable Marsha J. Pechman, United States District Judge:

By agreement of the parties, the pending motion for summary judgment (Dkt. No. 35) is STAYED.

Defendant is directed to file its proposed motion to dismiss by no later than March 18, 2011.  The motion will be noted for **April 15, 2011.**  The briefing schedule, in accordance with Local Rule 7(d)(3), is as follows:

| | |
|---|---|
| Plaintiff's Response Brief | April 11, 2011 |
| Defendant's Reply Brief | April 15, 2011 |

1          Following the ruling on the motion to dismiss, the Court will consider the issue of an

2    amended case schedule in this matter.

3          The clerk is ordered to provide copies of this order to all counsel.

4          Filed this _10th_ day of March, 2011.

5

6                                              William M. McCool
                                               Clerk of Court

7
                                               s/Mary Duett
8                                              Deputy Clerk

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

MINUTE ORDER- 2