# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KATHERINE FREIRE,<br><br>    Plaintiff,<br><br> v.<br><br>DEX MEDIA WEST LLC,<br><br>    Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER: 2:10-CV-00708-MJP |

\_\_\_ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

xx **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

The above-entitled matter is DISMISSED with prejudice.

Dated May 10, 2011.

                William M. McCool
                Clerk of Court

                s/Mary Duett
                Deputy Clerk